man, R. Brian Tanner, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Peter Hubert Schmidt, II, Taylor, Odachowski, Sperry & Crossland, LLC, Saint Simons Island, GA, for Defendant–Appellant.

Before TJOFLAT, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Peter H. Schmidt, II, appointed counsel for Jonathon Lebron–Santana in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lebron–Santana's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Teddy Leonel CRUZ–VELEZ, a.k.a. Rene Ortega, a.k.a. Juan Dunn, a.k.a. Jet Ski, a.k.a. Rene Negron–Ortiz, a.k.a. Benjamin Marrero, a.k.a. Renee Ortiz–Negron, a.k.a. Hector Nieve, a.k.a. Jose Dubal, Defendant–Appellant.**

No. 09–12951
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 29, 2010.

Before EDMONDSON, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Richard A. Selinger, appointed counsel for Teddy Leonel Cruz–Velez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cruz–Velez's conviction and sentence are **AFFIRMED.**